UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:24-cv-80216-AMC

HOWARD COHAN,

Plaintiff,

vs.

ALTON PBG GROUP, INC., a Florida Profit Corporation d/b/a LYNORAS; UPTOWN BOCA RESTAURANT INC., a Florida Profit Corporation d/b/a LYNORAS,

Defendant(s).
_______________________________________/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, HOWARD COHAN and the Defendants, ALTON PBG GROUP, INC., a Florida Profit Corporation, d/b/a LYNORAS; and UPTOWN BOCA RESTAURANT INC., a Florida Profit Corporation d/b/a LYNORAS, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against ALTON PBG GROUP, INC., a Florida Profit Corporation, d/b/a LYNORAS; and UPTOWN BOCA RESTAURANT INC., a Florida Profit Corporation d/b/a LYNORAS; and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED June 28, 2024.


By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: perri@sconzolawoffice.com
Attorney for Plaintiff

By: **/s/ Gary A. Isaacs, Esquire**
GARY A. ISAACS, ESQUIRE
Florida Bar No.: 602663
COHEN NORRIS WOLMER RAY
TELEPMAN BERKOWITZ & COHEN
*Attorneys for Defendants*
712 U.S. Highway One, Suite 400
North Palm Beach, Florida 33401
Telephone: (561) 844-3600
Email: gai@fcohenlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 1, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

**/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**